**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Brian Moser, individually and as the next friend of Jack Moser, v Chicago Police Officers G. Gounaris (Star #19235), A.M. Barrezueta (Star #17671), Sgt. Kane (Star Unknown), Unknown Chicago Police Officers and the City of Chicago | Case Number:<br>FILED: SEP 05, 2008<br>08CV5067<br>JUDGE MANNING<br>MAGISTRATE JUDGE DENLOW<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Brian Moser, individually and as the next friend of Jack Moser

| | |
|---|---|
| NAME (Type or print) | |
| JON F. ERICKSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ JON F. ERICKSON | |
| FIRM | |
| CIVIL RIGHTS CENTER, P.C. | |
| STREET ADDRESS | |
| 4554 N. BROADWAY STREET, SUITE #325 | |
| CITY/STATE/ZIP | |
| CHICAGO, ILLINOIS 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6205277 | TELEPHONE NUMBER<br>773-907-0940 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |